**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>WOODBRIDGE GROUP OF COMPANIES, LLC, *et al.*,[1]<br><br>Remaining Debtors. | Chapter 11<br><br>Case No. 17-12560 (JKS)<br><br>(Jointly Administered) |
| MICHAEL GOLDBERG, as Liquidating Trustee of the Woodbridge Liquidation Trust, successor in interest to the estates of WOODBRIDGE GROUP OF COMPANIES, LLC, *et al*.,<br><br>Plaintiff,<br>vs.<br><br>MAINSTAR TRUST, ADMINISTRATOR AND CUSTODIAN FOR THE BENEFIT OF STACEY RENEE MAXTED T2176604; STACEY RENEE MAXTED; GERBERA, LLC,<br><br>Defendant. | Adversary Proceeding<br><br>Case No. 19-50956 (JKS)<br><br>**Ref. Docket Nos. 28 – 29** |

**CERTIFICATE OF SERVICE**

I, SHARNA WILSON, hereby certify that:

1. I am employed as a Case Manager by Epiq Class Action and Claims Solutions, Inc., located at 1166 Avenue of the Americas, New York, New York 10036. I am over the age of eighteen years and am not a party to the above-captioned action.

2. On September 10, 2026, I caused to be served the:

   a. "Notice of Voluntary Dismissal of Adversary Proceeding," dated September 10, 2026 [Docket No. 28], and

   b. "Notice of Withdrawal of Notice of Voluntary Dismissal of Adversary Proceeding," dated September 10, 2026 [Docket No. 29],

---

[1] The Remaining Debtors and the last four digits of their respective federal tax identification numbers are as follows: Woodbridge Group of Companies, LLC (3603) and Woodbridge Mortgage Investment Fund 1, LLC (0172). The Remaining debtors' mailing address is 14140 Ventura Boulevard #302, Sherman Oaks, California 91423.

by causing true and correct copies to be enclosed securely in separate postage pre-paid envelopes and delivered via first class mail to those parties listed on the annexed Exhibit A.

3. All envelopes utilized in the service of the foregoing contained the following legend: "LEGAL DOCUMENTS ENCLOSED. PLEASE DIRECT TO THE ATTENTION OF ADDRESSEE, PRESIDENT OR LEGAL DEPARTMENT."

*/s/ Sharna Wilson*
Sharna Wilson

# EXHIBIT A

MAINSTAR TRUST, ADMINISTRATOR AND CUSTODIAN
FOR THE BENEFIT OF STACEY RENEE MAXTED T2176604
C/O JOYCE HART, R/A
214 W. 9TH STREET
P.O. BOX 420
ONAGA, KS 66521

STACEY RENEE MAXTED
4114 SILVERWOOD DRIVE
OCEAN SPRINGS, MS 39564

GERBERA, LLC
ATTN: PATRICK A. SHEEHAM, OFFICER
429 PORTER AVENUE
OCEAN SPRINGS, MS 39564